■ In the Matter of JOHN H. CROSTA, Appellant, v MICHAEL G. O'ROURKE, as Candidate for Nomination of Democratic Party for Public Office of Erie County Sheriff, et al., Respondents. [662 NYS2d 874] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly dismissed petitioner's application to invalidate a petition designating Michael G. O'Rourke (respondent) as a candidate for Erie County Sheriff in the Democratic Party primary. Whether a designating peti-

tion is permeated with fraud or irregularities, as petitioner contends, is generally a question of fact (*see, Matter of Ruiz v McKenna*, 40 NY2d 815, 816; *see also, Matter of Mercorella v Benza*, 37 NY2d 792), and there is no basis in the record to disturb the court's resolution of that issue in respondent's favor. The fact that a large number of the signatures on respondent's designating petition were invalidated by the Erie County Board of Elections does not by itself establish "gross irregularity or fraudulent practice" (*Matter of Kogan v D'Angelo*, 54 NY2d 781, 783; *see, Matter of Cilmi v Suffolk County Bd. of Elections*, 220 AD2d 587; *Matter of Segreti v Adler*, 175 AD2d 765). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Election Law.) Present—Green, J. P., Wisner, Doerr, Balio and Boehm, JJ. (Filed Aug. 20, 1997.)